1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROLANDO VALADEZ-BERMUDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. CR-S-10-403 EJG
                                      )
12             Plaintiff,              )
                                      )   **STIPULATION AND  ORDER**
13     v.                              )   **TO CONTINUE STATUS CONFERENCE**
                                      )   **AND TO EXCLUDE TIME**
14                                     )
   ROLANDO VALADEZ-BERMUDEZ,          )   Date: January 7, 2011
15                                     )   Time: 10:00 a.m.
               Defendant.              )   Judge: Edward J. Garcia
16 _____    )

17     It is hereby stipulated and agreed to by and between the United States of America, through Michele

18 Beckwith, Assistant U.S. Attorney, and defendant, ROLANDO VALADEZ-BERMUDEZ, by and through

19 his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of

20 Friday, November 19, 2010, be vacated and a new status conference hearing date of **Friday, January 7,**

21 **2011, at 10:00 a.m.,** be set.

22     The reason for this continuance is because additional time is needed for defense preparation and

23 meetings between the parties with the goal being to resolve the case by way of a disposition

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 7, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 17, 2010

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /s/ Matthew C. Bockmon
                    MATTHEW C. BOCKMON
                    Assistant Federal Defender
                    Attorney for Defendant
                    ROLANDO VALADEZ-BERMUDEZ

Dated: November 17, 2010           BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ Matthew C. Bockmon for
                    MICHELE BECKWITH
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 7, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 17 , 2010

                    /s/ Edward J. Garcia
                    EDWARD J. GARCIA
                    United States District Judge