1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROLANDO VALADEZ-BERMUDEZ

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-S-10-403 EJG
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND  ORDER**
13        v.                        )   **TO CONTINUE STATUS CONFERENCE**
                                    )   **AND TO EXCLUDE TIME**
14                                  )
   ROLANDO VALADEZ-BERMUDEZ,        )   Date:  February 11, 2011
15                                  )   Time:  10:00 a.m.
                Defendant.          )   Judge:  Edward J. Garcia
16 _____  )

17        It is hereby stipulated and agreed to by and between the United States of America, through Michele

18 Beckwith, Assistant U.S. Attorney, and defendant, ROLANDO VALADEZ-BERMUDEZ, by and through

19 his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of

20 Friday, January 28, 2011, be vacated and a new status conference hearing date of **Friday, February 11,**

21 **2011, at 10:00 a.m.,** be set.

22        The reason for this continuance is because a resolution has been reached between the parties, and

23 defense counsel needs additional time to visit and review the plea agreement with the client.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be
2 excluded from the date of signing of this order through and including February 11, 2011, pursuant to 18
3 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of
4 counsel and defense preparation.

6 Dated: January 25, 2011

7                                                                          Respectfully submitted,

8                                                                          DANIEL J. BRODERICK
                                                                           Federal Defender

10    /s/ Matthew C. Bockmon
      MATTHEW C. BOCKMON
      Assistant Federal Defender
11    Attorney for Defendant
      ROLANDO VALADEZ-BERMUDEZ

13 Dated: January 25, 2011                                                 BENJAMIN B. WAGNER
                                                                           United States Attorney

15    /s/ Matthew C. Bockmon for
      MICHELE BECKWITH
      Assistant U.S. Attorney
16    Attorney for Plaintiff

18                                                **O R D E R**

19    **IT IS SO ORDERED.**  Time is excluded from today's date through and including February 11,
20 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and
21 Local Code T4.

22 Dated: January 26 , 2011

25    /s/ Edward J. Garcia
      EDWARD J. GARCIA
      United States District Judge

Stipulation/Order                                             2